UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PREFERRED FINANCIAL SOLUTIONS, INC., et al, | ) ) | No. 1:12-cv-00649-JMS-DML |
| | ) | |
| Defendants. | ) | |

## Entry from Status Conference

The parties, by counsel, appeared for a telephone status conference on December 11, 2012, with Magistrate Judge Lynch. The conference was held and concluded without further order.

Date: 12/12/2012

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution: All ECF-registered counsel of record