UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| PREFERRED FINANCIAL SOLUTIONS, INC., JEFFREY BROOKS, CREDIT CARD RELIEF, INC., THOMAS P. DAKICH doing business as DAKICH & ASSOCIATES, | ) Case No. 1:12-cv-00649-DML-JMS |
| Defendants. | ) |

# Judgment

The court, having this day GRANTED plaintiff Allstate Insurance Company's Motion for Summary Judgment and DENIED defendants Preferred Financial Solutions, Inc., Jeffrey Brooks, Credit Card Relief, Inc., and Thomas P. Dakich doing business as Dakich & Associates's Cross-Motion for Summary Judgment, now enters final judgment in favor of the plaintiff and against the defendants.

So ORDERED.

Date: 03/24/2014

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system